UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 721 BOURBON, INC. | CIVIL ACTION |
| VERSUS | NO: 15-172 |
| HOUSE OF AUTH, LLC | SECTION: R(3) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff 721 Bourbon, Inc.'s trademark infringement, trademark dilution, unfair competition, and unfair trade practices claims against defendant House of Auth, LLC is hereby DISMISSED for lack of personal jurisdiction.

New Orleans, Louisiana, this 19th day of October, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE